UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:15-CR-307-2 |
| | § | |
| ISIDRO CASTILLO | § | |

### ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

Pending is Defendant Isidro Castillo's Unopposed Motion For Continuance. (D.E. 48). United States District Judge Nelva Gonzales Ramos referred the motion to the undersigned for disposition. The defendant recently returned from having a competency evaluation and defense counsel needs additional time to consult and prepare with the defendant. The Government is unopposed to the request for continuance.

The Court has considered the Unopposed Motion for Continuance of the Pretrial Conference and Trial of defendant, Isidro Castillo, and finds that this motion should be GRANTED.

Accordingly, the Court GRANTS the motion for continuance and further finds pursuant to 18 U.S.C. § 3161(h)(7)(A) the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is further ORDERED that this case is set for a Final Pretrial Conference before U.S. Magistrate Judge Jason Libby on **October 26, 2015** at **9:30  a.m.**  and Trial is set before U.S. District Judge Nelva Gonzales Ramos **November 3, 2015** at **9:00  a.m.**

ORDERED this 10th day of September, 2015.

_____
Jason B. Libby
United States Magistrate Judge